2        Q    Did you begin to perform your

3   examination when you got it?

4        A    Yes.

5        Q    When you finished completing your

6   examination what did you do with the packaging

7   of the property?

8        A    I resealed the evidence and I returned

9   it to the evidence desk.

10       Q    Were those procedures followed?

11       A    Yes.

12             MS. HEATHERLY:  I ask the witness

13             be shown what has already been marked

14             as People's Exhibit 12-A in evidence.

15             I ask you if you recognize that

16             piece of property.

17             By the way, for the record, Miss

18             Meyers, you are putting plastic gloves

19             on.

20             Do you do that every time that you

21             examine evidence or touch evidence?

22       A    Yes.

23       Q    Do you recognize People's Exhibit 12-

24   A?

25       A    Yes.

```
 1              MEYERS - PEOPLE - DIRECT              2018

 2       Q    What is it?

 3       A    A pair a pants I analyzed in

 4  connection with this case.

 5            I has a lab number, voucher number and

 6  my initials on it.

 7       Q    That's your writing that was shown to

 8  the jury on the pants leg of People's 12-A?

 9       A    Yes.

10       Q    Were those your initials?

11       A    Yes.

12       Q    Can you tell the jury what you did

13  with that piece of property?

14       A    I need to refer to my notes.

15            THE COURT:  You may refer to your

16            notes.

17            THE WITNESS:  This was analyzed

18            for the presence of blood and the

19            presence of semen.

20       Q    And did you perform a visual

21  examination first?

22       A    Yes.

23       Q    Can you tell the jury what are looking

24  for?

25       A    For the presence of blood.
```

1

2            I would visually look at it for a

3     stain that would consistent with blood.

4            Once blood dries it turns a brownish

5     red color.

6            So in this case I was looking for a

7     brownish red stain.

8            For seminal fluid I was looking for a

9     whitish -- grayish-whitish colored stain on

10    the clothing.

11        Q    By the way, did that property test

12    positive for seminal fluid or semen?

13        A    No.

14        Q    After you examined this piece of

15    property visually what did you notice?

16        A    I noticed a stain that was consistent

17    with blood.

18        Q    Where?

19        A    It was in the inside of the pants in

20    the crotch area in the front.

21        Q    Did you note a size?

22        A    Yes.

23        Q    How big was the stain?

24        A    It was a one by one centimeter stain.

25        Q    Did you note anything else about the

```
1                    MEYERS - PEOPLE - DIRECT              2020

2    stain?

3         A    Did I -- excuse me?

4         Q    Note anything else about the stain?

5         A    No.

6         Q    Do you remember what color it was?

7         A    Brownish red.

8         Q    Did it appear to be dried when you saw

9    it?

10        A    Yes.

11        Q    What did you do after you noticed the

12   stain in the area of the crotch area of the

13   pants?

14        A    I tested it for the presence of human

15   blood.

16        Q    Can you pick up People's Exhibit 12-A

17   and show the jurors where you took --

18   withdrawn.

19             Where you saw that stain?

20                  THE COURT:  Hold that up.

21        A    It says stain two.

22        Q    Did you label that?

23        A    Yes.

24        Q    What did you label it as?

25        A    S2, meaning stain two.
```

1

2       Q    Is that your writing where the black

3    markers are?

4       A    Yes.

5       Q    Why did you do that?

6       A    Just to keep a count of the different

7    stains and what they were tested for.

8       Q    After you circled the area did you

9    remove a piece of it?

10      A    Yes.

11      Q    What did you do next?

12      A    I tested that sample for the presence

13   human blood.

14      Q    Can you tell the jurors what is a

15   presumptive test?

16      A    A presumptive test is a screening test

17   for the presence of blood.

18           There are two of them.

19           One is leucomalachite green.

20           The other one is phenolphallium (ph.).

21           They are both performed in the same

22   manner.

23           You would cut out a piece of the

24   sample and you would add saline to that

25   sample.

2              What you're doing is extracting the

3      stain out of the material and you would take a

4      piece of the extract and add phenolphate into

5      a tube to that sample of the extract.

6              If on the addition of hydrogen

7      peroxide that sample turns pink with

8      phenolphallium it indicates that that sample

9      may be blood.

10         Q   Did you conduct that test for the

11     stain A-1 in the crotch area of those pants?

12         A   Yes.

13         Q   What did you determine?

14         A   With phenolphallium I viewed a color

15     change to pink.

16              Then it indicates a positive change.

17         Q   Did you conduct another test?

18         A   Yes.

19              Leucomalachite green.

20         Q   What did you do there?

21         A   The same procedure, only in this case

22     added Leucomalachite green.

23              You would with the Leucomalachite, you

24     would expect a green color change.

25              In this case it was a green color

1

2     change that indicated that that sample may be

3     blood.

4          Q    After you performed those two tests,

5     did you perform another test?

6          A    Yes.

7          Q    Why?

8          A    The two presumptive tests are

9     preliminary tests for presence of blood.

10              We needed to doa confirmatory test

11    which in this case is a species precipitant

12    test, which confirms the presence of human

13    blood.

14         Q    Can you tell the jury what you mean by

15    a confirmatory test?

16         A    Like I said the first two tests tell

17    you that thc sample may bc blood.

18              You just have to add an additional

19    test to tell you:  Yes, that is, in this case,

20    human blood.

21         Q    Can you tell the jurors how you

22    performed that final test?

23         A    With the species reagent added to a

24    tube, a small tube, then I would add that same

25    extraction on top of it, and between two

1

2      samples.

3              If you get a white band in between the

4      two samples, that indicates that that sample

5      is human blood.

6              With the addition of the two

7      presumptive tests.

8         Q    How reliable is a confirmatory test

9      that your lab uses?

10        A    It's very reliable.

11        Q    With the additional two presumptive

12     tests, were you able to conclude to a reason

13     degree of scientific certainty whether or not

14     the substance in those pants was blood?

15        A    Yes.

16        Q    What did you conclude?

17        A    That that substance was human blood.

18        Q    Did you get any test results which

19     indicates that this substance was not blood?

20        A    No.

21        Q    Can you tell the jurors what is a

22     false positive?

23        A    A false positive sometimes with

24     certain materials, such as a certain vegetable

25     matter are rough.

```
 1                    MEYERS - PEOPLE - DIRECT              2025
 2              They might give you a positive
 3       reaction with one or the other of the
 4       preliminary tests, the phenolphallium or the
 5       Leucomalachite green.
 6              That's why we do both of them, instead
 7       of just one.
 8         Q    Are there any substances that you are
 9       aware of that would cause a false positive
10       result in all three of the examples that you
11       did?
12         A    A false positive for human blood?
13         Q    Yes.
14              For all three of those tests.
15         A    No.
16         Q    Is there another confirmatory test
17       that the New York City Police Department
18       laboratory uses in addition to the ones that
19       you just described?
20         A    Confirmatory tests for blood, yes.
21         Q    What is that called?
22         A    It is a crystalline test.
23         Q    Did you perform that test?
24         A    No.
25         Q    Why not?
```

```
 1                    MEYERS - PEOPLE - DIRECT          2026

 2          A    We only have the crystalline test when

 3     we are able to get a species test.

 4          Q    Why is that?

 5          A    Because in this case we do then put

 6     out a report that the sample is positive for

 7     blood.

 8               Instead of putting that it's positive

 9     for human blood.

10          Q    Did you ever in your experience in the

11     thousands of tests that you have done ever get

12     three positive tests for blood and the

13     substance turns out not be blood?

14          A    No.

15          Q    What is the possibility that all three

16     of these tests would erroneously test positive

17     for blood?

18          A    For human blood?

19          Q    Yes.

20          A    It's not very possible.

21          Q    After you -- withdrawn.

22               Did you also perform similar tests on

23     the other vouchered evidence that you received

24     from Detective Bonilla or that the lab

25     received from Detective Bonilla?
```

```
 1                      MEYERS - PEOPLE - DIRECT          2027
 2           A    Yes.
 3           Q    Did any of those items test positive
 4      for semen?
 5           A    No.
 6           Q    Did any of the other items test
 7      positive for blood?
 8           A    No.
 9           Q    After you conducted your examination
10      of these materials, did there come a time when
11      the evidence was picked up by somebody from
12      the Police Department laboratory?
13           A    Yes.
14           Q    And are you aware of who that person
15      was?
16           A    No.
17           Q    Miss Meyers, to a reasonable degree of
18      scientific certainty did you determine what
19      the stain in the crotch area of
20      pants was?
21           A    Yes.
22           Q    What is it?
23           A    It's human blood.
24                MS. HEATHERLY:  I have no further
25                questions.
```

```
 1            DECOSSE - PEOPLE - RE-REDIRECT - HEATHERLY 2264
 2                 MS. HEATHERLY:   Thank you.
 3                 THE COURT:   Doctor, thank you very
 4            much.
 5                 (Whereupon the witness was
 6            excused.)
 7                 THE COURT:   Nest witness.
 8                 MR. HORN:   Miss Vita DeLeon.
 9                 COURT OFFICER:   Remain standing,
10            let hand on the Bible and raise your
11            right hand and face the Clerk to be
12            sworn.
13     V I T A   D E   L E O N,
14            called as a witness by the People of the
15            State of New York, having been first duly
16            sworn, was examined, and testified, under
17            oath, as follows:
18                 COURT OFFICER:   In a loud clear
19            voice, please state your full name,
20            spelling your last name, the County in
21            which you reside.
22                 THE WITNESS:   My first name is
23            Vita, V-I-T-A, last name DeLeon, D-E-
24            L-E-O-N.
25                 I reside in Bergen County.
```

```
 1                    DELEON - PEOPLE - DIRECT              2265

 2     DIRECT EXAMINATION

 3     BY MR. HORN:

 4         Q    Good afternoon, Miss DeLeon.

 5         A    Good afternoon.

 6         Q    Where are you originally from?

 7         A    From New York.

 8         Q    How old are you?

 9         A    I'm 26.

10         Q    And what do you currently do?

11         A    I'm a student, but I also do a little

12     bit of acting and modeling.

13         Q    What are you studying?

14         A    Marketing and communications.

15         Q    In what year will you earn your

16     degree?

17         A    Year-and-a-half.

18         Q    Miss DeLeon, are you familiar with the

19     building of 680 Fort Washington Avenue?

20         A    Yes, I am.

21         Q    And how are you familiar with that

22     building?

23         A    I used to live in that building.

24         Q    How long did you live there?

25         A    For three-and-a-half, four years.
```

```
 1                        DELEON - PEOPLE - DIRECT          2266
 2          Q    And what type of building is it?
 3          A    It's a regular apartment building.
 4     People rent and there is families inside.
 5          Q    And what kind of families, what kind
 6     of people live there generally?
 7          A    Well, generally there is a lot of old
 8     people live there.
 9          Q    Does anyone in your family still live
10     there?
11          A    My family, my father, mother and
12     brother.
13          Q    What apartment is that?
14          A    4-D.
15          Q    Could you describe the apartment?
16          A    It's a three bedroom apartment and
17     it's got two bathrooms, rather large.
18          Q    Now, again, about what years did you
19     live there, from when to when?
20          A    I lived there for three-and-a-half, I
21     guess '91 to about, until the present -- well,
22     maybe 92 until present.
23               I don't know exactly.
24               THE COURT:  I'm sorry?
25               THE WITNESS:  To present.
```

```
 1                    DELEON - PEOPLE - DIRECT          2267
 2                    THE COURT:  To present.
 3         Q    You still live there?
 4         A    No, I don't.  But, my family does.
 5         Q    When did you move out?
 6         A    I moved out about a year-and-a-half
 7    ago.
 8         Q    Why did you move out?
 9         A    Because I was getting married.
10         Q    Miss DeLeon, I am going to direct your
11    attention to the week of November 22nd to 23rd
12    of 1996.
13              Do you know where you were that
14    weekend?
15         A    Yes, I was home.
16         Q    When you say home, do you mean that
17    building?
18         A    Yes, I do.
19              860 Fort Washington Avenue.
20         Q    And what were your plans that weekend?
21         A    To finish up a report.  Actually start
22    a report and finish it that was due the past
23    the Thursday.
24         Q    You when you say past Thursday, do you
25    mean the 21st?
```

```
 1                    DELEON - PEOPLE - DIRECT            2268
 2        A   Yes.
 3        Q   Did you hand it in on the 21st?
 4        A   No, I did not.
 5        Q   What class was that paper for?
 6        A   Journalism.
 7        Q   And do you remember the subject?
 8        A   I believe it was Peter Arnett Live
 9   Battlefield.  It was also a book review.
10        Q   Why didn't you get it in on time?
11        A   I was working all day and unable to
12   make the class that evening.
13        Q   Did you get an extension?
14        A   No, I did not.
15        Q   When were you planning on handing it
16   in?
17        A   I was going to hand it in on Monday.
18   For every weekend late you got ten points, you
19   drop a letter grade.
20        Q   Now, does your family have a computer?
21        A   Yes.
22        Q   Where in the apartment was that
23   computer?
24        A   The computer is in my parent's
25   bedroom, which is all the way towards the end
```

1
2    of the apartment.

3        Q    And were you going to write that paper

4    on that computer?

5        A    Yes.

6        Q    Do you remember what day you started

7    writing the paper?

8        A    I can't remember exactly which day I

9    started writing my paper.

10       Q    Could you tell us when it could have

11   been?

12            Could it have been a Friday or

13   Saturday or Sunday?

14       A    Yes.

15            It could have been Friday or Saturday.

16       Q    And do you remember what time of day

17   you started writing that?

18       A    I believe I started in the morning

19   because I was anxious about getting it done.

20            But, it hadn't been due already and I

21   was just sitting there in comfortable clothes

22   and started writing my paper.

23       Q    Give us an approximation of how long

24   it would take you to do a paper like that.

25       A    It would take a while because, first

```
 1                    DELEON - PEOPLE - DIRECT          2270
 2     of all, I haven't finished reading the book.
 3              Second of all, I'm not a fast writer.
 4     I really don't write anything else.  I was
 5     just starting.
 6          Q    About how many pages was the paper to
 7     be?
 8          A    Like from four to six pages.
 9          Q    Did you write as you typed?  Or do you
10     write it out first and then you type it?
11          A    Sometimes I write it out.  Sometimes I
12     write it and then I type it.
13              It is a very slow process.
14          Q    Now, Miss DeLeon, did there come a
15     time while you were writing your paper when
16     you heard a noise?
17          A    Yes.
18          Q    Now, what did the noise sound like?
19          A    To me it sounded like a muffled scream
20     or moan.
21          Q    Did it sound like a person?
22          A    Yes, it did.
23          Q    About how long did the sound last?
24          A    A few seconds, enough for me to get up
25     and walk to the window, look outside, see if
```

```
 1
 2    there was anything going on.
 3         Q    Where were you, if recall, when you
 4    first heard the sound?
 5         A    I was sitting at the computer.
 6         Q    Again, tell us where the computer is.
 7         A    The computer is in my parent's
 8    bedroom.  The computer is right here.
 9              There was a window right next to the -
10    - but a few feet away.
11                   MR. HORN:  For the record, the
12              witness is indicating the front of an
13              area then to her right.
14                   THE WITNESS:  Yes.
15         Q    About how far away would you say that
16    window is from where you were writing at?
17         A    Maybe two or three feet from, you
18    know, from the --
19         Q    Did you expect to hear it as you
20    approached the window?
21         A    Yes.
22         Q    Is that sound what you made you go up
23    to the window?
24         A    Yes.
25         Q    At some point did the sound stop?
```

```
 1                   DELEON - PEOPLE - DIRECT          2272
 2        A    Yes.
 3        Q    Did you call the police at that time?
 4        A    No, I did not.
 5        Q    Were you concerned after hearing that
 6   sound?
 7        A    I was concerned, but I wasn't, you
 8   know -- yeah, I was concerned.
 9        Q    Then why did you not call the police?
10        A    I really didn't want to get involved,
11   I guess I should say.
12        Q    Have you ever called the police before
13   after hearing sounds?
14        A    Yes, I have.
15        Q    And just very briefly, what has
16   happened in the past?
17        A    A man in the adjacent building was
18   known -- well, whatever, hitting his children.
19             Before I could see it through the
20   window.  I could see through my kitchen
21   window, and what would happen is I got up to
22   looks to see what I had been hearing and there
23   was no -- nobody in that window, and you know,
24   I maybe went up, checked.
25             Nothing was going on.
```

```
 1                    DELEON - PEOPLE - DIRECT          2273
 2        Q    So, were the sounds that you heard on
 3   that day, that was the same sounds that you
 4   heard in the past?
 5        A    It made me think that yes.  But, when
 6   I went to check it made me realize that wasn't
 7   the case.
 8        Q    What did you do after hearing this
 9   sound?
10        A    I went to the kitchen, like I said,
11   and I checked out the window.  Didn't see
12   anything probably.  I don't know.  Probably
13   got something to eat.  I don't know.  Maybe I
14   talked on the telephone, so as the day
15   progressed --
16        Q    Do you recall about what time you
17   heard the sounds?
18        A    No, I don't.
19        Q    And after that you went back to
20   writing the paper?
21        A    Yes.
22        Q    Was there a time when you went down to
23   do laundry?
24        A    Yes.
25        Q    When you were starting the laundry,
```

```
 1                DELEON - PEOPLE - DIRECT         2274
 2    were you writing the paper?
 3        A    I needed a break.  Anything in terms
 4    of what I had to do in terms of school work.
 5    I also had gone downstairs with laundry.
 6        Q    About how many loads of laundry would
 7    you say that you did, if you recall?
 8        A    About four loads.
 9        Q    Now, again, what floor are you on now?
10        A    I'm on the fourth floor.
11        Q    Can you tell us where the, where in
12    the building the laundry room is?
13        A    The laundry room is in the basement
14    all the way to the back, I would say to your -
15    - when you get down to the basement it would
16    be your left hand side.
17        Q    How did you get down to the laundry
18    room from your apartment?
19        A    You take the elevator and if the
20    elevator is not working you go take the stairs
21    to the main floor, come out and go around to
22    the basement.
23            There is a place where you can open
24    the door and come out and go into the laundry
25    room.
```

DELEON - PEOPLE - DIRECT                2275

1

2          Q    Did you ever take the stairs down

3    instead of taking the elevator.

4          A    Yes.

5          Q    Did it ever occur that the elevator

6    did get broken like you just said?

7          A    Yes.   The elevator was broken and the

8    building elevators are very old and broken all

9    of the time, stuff on the floor.  So, it's

10   just easier for me to take the stairs and try

11   to catch it on the main floor.

12         Q    How long does it take to do your first

13   load of laundry from your apartment?

14         A    I throw them in and all together at

15   the same time, which I did, which takes about

16   20 minutes to half an hour for the cycle to

17   finish.

18         Q    And at some point did you go down to

19   switch it to the dryer?

20         A    Yes, I did.

21         Q    When you went down to switch it to the

22   dryer, do you know if you took the elevator up

23   stairs?

24         A    I took the stairs.

25         Q    And when you are on your way down to

```
 1                    DELEON - PEOPLE - DIRECT          2276
 2    the laundry room on the stairs at some point
 3    did you hear a sound?
 4         A    Yes.
 5         Q    Would you tell us where you were when
 6    you heard the sound?
 7         A    The second floor.  On my way down to
 8    the second floor.
 9         Q    Where on the second floor were you?
10         A    I was in front of the staircase, well,
11    coming down and I was near apartment 2-F.
12         Q    What kind of sound was that?
13         A    It was a similar sound to the muffled
14    scream, moan, that I had heard from upstairs.
15         Q    And it was a similar one to the first
16    one that you had heard?
17         A    Yes.
18         Q    Now, can you describe it any further
19    than a muffled scream?
20         A    The only way I can describe it was if
21    anyone here has ever had a root canal, it
22    sounds similar to that.
23         Q    How far away were you -- withdrawn.
24              What apartment did it seem to you like
25    that sound was coming from?
```

```
 1                    DELEON - PEOPLE - DIRECT         2277
 2          A    It seemed to me that it was coming
 3      from 2-F.
 4          Q    About how far away were you from
 5      apartment 2-F when you heard this sound?
 6          A    About four feet.
 7          Q    Is that close to the steps?
 8          A    Yes.
 9          Q    Now, ma'am, is apartment 2-G --
10      withdrawn.
11               When you heard this sound did you keep
12      going downstairs?
13          A    I stopped for a second and just made
14      me stop and I just, I continued going down
15      because, you know, I'm not a busy body, you
16      know.
17               It's not really my business.
18          Q    Did you continue to finish your
19      laundry?
20          A    Yes, I did.
21          Q    Did you finish the paper that night?
22          A    Yes, I did.
23          Q    Again, do you know what time it was
24      that you heard that sound?
25          A    No, I do not.
```

```
 1                    DELEON - PEOPLE - DIRECT          2278
 2          Q    At some point did you father come
 3     home?
 4          A    Yes, he did.
 5          Q    Did you speak to him regarding that
 6     sound?
 7          A    Yes, I did.
 8               He asked me how my day had been, and I
 9     had just mentioned -- I mentioned it was a
10     weird day, this is what I heard, and he then
11     remembered that I had said --
12          Q    When you say a weird day, were you
13     referring just now to weird day because you
14     heard this sound?
15               That's what made it weird?
16          A    Yes.
17          Q    Did there come a time after that
18     weekend when you heard that man Oliver
19     Jovanovic was arrested?
20          A    Yes, but it was a long time after
21     that.
22          Q    Who told you that he was arrested?
23          A    My mother.
24          Q    Now, at some point did anything occur
25     to you when your mother told you that?
```

```
 1                    DELEON - PEOPLE - DIRECT        2279
 2         A    Well, I mean, I thought it was quite
 3    shocking to me.
 4              But, it occurred to me that that might
 5    have been the day that I was doing my paper
 6    and had heard those sounds.
 7         Q    Did you tell the police at that point?
 8         A    No, I did not.
 9         Q    Why not?
10         A    Well, I mean, no one had come to me
11    and I really, at this point, I didn't want to
12    get involved.
13         Q    Now, did there come a time when
14    detectives came to speak to you?
15         A    There came a time when detectives came
16    to speak to my step father.
17              I was not home when they came to speak
18    to anybody in the home.
19         Q    What happened after speaking to your
20    step father?
21         A    My step father remembered what I had
22    told him, and had said that they had come by
23    and that they wished to speak to me.
24         Q    And at some point did you speak to
25    them?
```

```
 1                    DELEON - PEOPLE - DIRECT           2280
 2        A    Yes, I did.
 3        Q    Did you tell them what you had heard?
 4        A    Yes, I did.
 5        Q    Now, ma'am, when you were going down
 6   the stairs outside of apartment 2-F was there
 7   anybody else there at that time?
 8        A    No, there was not.
 9             MR. HORN:  Your Honor, at this
10             time I ask that the witness be shown
11             what has been pre-marked People's
12             Exhibit 39.
13             (Diagram deemed marked People's
14             Exhibit 39 for identification.)
15        Q    Miss DeLeon, you are being handed what
16   I pre-marked as People's Exhibit 39.
17             Do you know what that is?
18        A    Yes.
19        Q    Can you tell us what that is?
20        A    This is 680 Fort Washington layout of
21   the building.
22        Q    How do you know that's what it is?
23        A    I seen before.
24        Q    Is that fair and accurate
25   representation of the way that building is
```

```
 1                    DELEON - PEOPLE - DIRECT              2281
 2    laid out?
 3        A    Yes.
 4                MR. HORN:  I ask that it be
 5             admitted into evidence as People's
 6             Exhibit 39.
 7                MR. SOSINSKY:  No objection.
 8                THE COURT:  Admitted.
 9                (People's Exhibit 39 received into
10             evidence.)
11                MR. HORN:  Your Honor, I ask that
12             be put on the easel and with the
13             Court's permission that Miss DeLeon
14             can approach it.
15                THE COURT:  Miss DeLeon, step down
16             and refer to the exhibit.
17        Q    Miss DeLeon, using People's Exhibit
18    39, first of all, could you show us where your
19    apartment is?
20                MR. HORN:  For the record, she's
21             pointing to the bottom right hand
22             corner of the diagram.
23        Q    Can you take that marker and show us
24    where you were when you began to write your
25    paper, where the computer in that apartment
```

```
1                    DELEON - PEOPLE - DIRECT          2282
2     was?
3              Would you put a V-1 there, now, and
4     could you show us where the window is where
5     you heard this sound?
6         A    Over there, right here.
7         Q    You have to keep your voice up, okay?
8         A    I'm sorry.  The window is right here.
9         Q    Could you put a V-2 there?
10        A    On the side here?
11        Q    That's fine.
12                  (Witness writing.)
13        Q    About how far, using that diagram, who
14    us where you walked from the computer to the
15    window that you heard the sound?
16        A    The computer, it's here.  I just
17    walked right there.
18        Q    Could you show us where the kitchen is
19    in the apartment where you went to look?
20        A    Sure.
21             The kitchen is here.
22        Q    There's a window there where you --
23        A    Yes.
24             This is the window right here.
25        Q    Thank you.
```

1                    DELEON - PEOPLE - DIRECT           2283

2              Now, again, using this diagram could

3    you show us where the steps are?

4         A    Sure.

5              The steps are -- hold on a second.

6              The stairs are here.  Here are the

7    stairs.        .

8         Q    Could you put an S there for the

9    stairs?

10        A    Fine.

11        Q    Show us where the F line apartment

12   would be.

13        A    It would be right here.  This is the

14   landing, right there.

15        Q    Now, using your finger, could you show

16   us where you had walked down going downstairs

17   as you went that day?

18        A    I was walking down, walking down the

19   landing really like I would go like this, come

20   down and this is where the landing would be.

21              This is the hallway.  That's how it

22   is.

23        Q    Now, could you show us where you were

24   when you heard the sounds as you were passing

25   2-F?

1

2      A    I was right here, right at the

3   landing.

4      Q    Could you put a V for there, please?

5      A    Right.

6      Q    And now could you show us where

7   apartment 2-F would be on that diagram?

8      A    Right here.

9      Q    Could you show us the size in front of

10  where apartment 2-F would be?

11          (Witness writing.)

12     Q    Now, could you use that, could you

13  tell us about how far away you were and where

14  you were and put a V for -- five.

15     A    About four feet.

16     Q    That's where you heard this sound?

17     A    Yes.

18     Q    Can you show us where you stopped,

19  where you heard the sound?

20     A    Right about there.

21          To go -- not the next staircase, right

22  here.

23     Q    About how long would you say you

24  stopped there?

25     A    A couple of seconds.  I mean, you

DELEON - PEOPLE - DIRECT                    2285

know, something is going to come out or
whatever.

I don't want to be involved.

Q   Miss DeLeon, do you know where
apartment 2-G is?

A   Yes.  It's right over here.

Q   Thank you.

Do you know who lives in 2-G?

A   An old lady by the name of either -- I
think it's Hanah.

Q   Just based on your own personal
experience with here, do you know if this
woman has a hearing problem?

A   Yes, I think she is mostly deaf.

Q   How do you know that?

A   Because she has this special bell that
you ring in order to get to her apartment.

Every time I see here in the hallway I
have to shout, practically shout.

Q   Can you show us generally where the
laundry room would he?

A   Well, you go to the basement, you go
all the way back and it would be sort of in
this area.

```
 1                  DELEON - PEOPLE - DIRECT          2286
 2              It's all the way in the back of the
 3      building.
 4         Q    Thank you.  You can have your seat
 5      again, please.
 6              Miss DeLeon, do you know Oliver
 7      Jovanovic?
 8         A    No.
 9         Q    Had you ever seen him before?
10         A    I may have seen him passing.
11              I don't even remember seeing him in
12      passing.
13         Q    Miss DeLeon, can I direct your
14      attention to the first week in December of
15      1996.
16              Did there come a time when you saw
17      anyone removing items from apartment 2-F?
18         A    Yes.
19         Q    Can you tell us what you saw?
20         A    I saw two men removing what I believed
21      to be small couch or something to that affect
22      from the apartment.
23         Q    How was it that you came to be there
24      when you were moving furniture?
25         A    I was probably coming home from
```

```
 1                  DELEON - PEOPLE - DIRECT          2287
 2    school.  It was at night.  I was coming from
 3    school or work and it made me like think:  Oh,
 4    they are taking something out of there.
 5        Q    What made you think that?
 6        A    Well, after everything came out about
 7    the case, just popped into my head and stuck
 8    there.
 9                  MR. HORN:  Just a minute, Judge.
10        Q    Miss DeLeon, could you describe what
11    the men looked like, if you recall, who had
12    taken the furniture out?
13        A    One I remember was older, like salt
14    and pepper gray hair.
15             Another guy was a younger looking than
16    this guy was.
17        Q    Miss DeLeon, the windows in your
18    apartment, do you remember if they were open
19    or closed?
20        A    Yes.
21        Q    How do you remember that they were
22    open?
23        A    My step father always keeps the
24    windows open because the heaters, you can't
25    control them.
```

```
 1                    DELEON - PEOPLE - DIRECT              2288
 2                This is an old building.  He always
 3      leaves them open about that much.  I don't
 4      know what that is, but, about that much.
 5                    MR. HORN:  Indicating about a half
 6                a foot, Judge.
 7           Q    How many windows are there in that
 8      apartment?
 9           A    In what?
10           Q    In the apartment?
11           A    There are a lot.  I mean, there is
12      quite a few.  I remember they go all the way
13      around, I'd say at least 12.
14           Q    Are the windows facing Fort Washington
15      Avenue, as well?
16           A    Yes.
17                Most of the windows are facing Fort
18      Washington.
19                    THE COURT:  All right.  We will
20                take out break here.  Be back at 2:15.
21                Don't talk about the case during the
22                break.
23                    MR. HORN:  Can we approach for one
24                second before we do this?
25                    (Sidebar discussion off the
```

| 1 | COLLOQUY 2463 |

```
 1                     COLLOQUY                2463
 2        am just saying for the same reason,
 3        whatever they want this to be placed
 4        in for the jury.
 5             I am asking that it not placed in
 6        front of the jury, if they are not
 7        going to agree.
 8             THE COURT:  I would suggest you
 9        address the issue of the statement
10        against Penal Interests.
11             MR. SOSINSKY:  Judge, I don't know
12        what date was.
13             MS. HEATHERLY:  December 1st,
14        1996.
15             MR. SOSINSKY:  Is going to be
16        established by her testimony?
17             MS. HEATHERLY:  Yes.
18             MR. SOSINSKY:  The first think I
19        move that the argument encompassed
20        within a Molineaux-type application,
21        since there's no inference in here I
22        don't think, unless if you can refer
23        me to a particular line that he is
24        talking about anything that he may
25        have done to that particular person.
```

1

2        them.  There is a passage where the knees are

3        bent in the same chapter.  Is it exact, of

4        course not.  But the point is to show what feeds

5        her imagery.  In the impaled and dismemberment

6        where someone starts chewing and pulling off

7        parts of a body of someone.  Then there is

8        flame, is it not the same thing as a candle, but

9        this is the world she lives in and someone is

10       spread-eagled.

11               The person talks about doing something with

12       a scream and a whimper.  Now those words can be

13       used by anyone, but it is curious when she talks

14       about the incident with Karen Kahn that happened

15       one week before, those are the words that she

16       uses.

17               Look at that chapter and see why she fought

18       so hard and remember how she redacted When she

19       is on the witness stand.  Isn't there something

20       in here that says something about this, well, I

21       don't see it, I don't know.  Now, all of a

22       sudden she doesn't know the chapter, the chapter

23       she specifically talked about on direct

24       examination.

25               Ladies and gentlemen, as we said in the

rAj

Proceedings                                3217

1
2       opening statement, an event which was both
3       disturbing and consental could easily be
4       transformed by someone like ████ ████ with
5       her state of mind and her own ambivilence about
6       her own sexuality into something that is angry
7       and non-consentual, sexual abuse and that is
8       precisely what she is doing here.
9            Oliver pulled away the drape a revealed her
10      own desires that are not acceptable to her.  As
11      she said, reality is too real.
12           When she wrote to him after the fact, she
13      was forced to confront her only impluses, her
14      own desires and it scared the heck out of her, I
15      suggest to you.
16           What does she do, she absolves herself of
17      all responsibility by projecting onto the
18      stimulus of these desires.  First she absolves
19      herself and then she blames Oliver to try to
20      clense herself of what is inside herself.
21           This is such classic stuff.  There are
22      historieans who wrote, this is not directly
23      appropo here, but it shows you the same
24      psychological common sense thing.  They are the
25      historians who wrote about why J Edgar Hoover

| | |
|---|---|
| 1 | DEFENSE SUMMATION - LITMAN          3256 |
| 2 | That's a natural gland.  Stopped ducts |
| 3 | as women have in their areola.  It is in |
| 4 | both pictures, fourteen months apart, |
| 5 | and they are going to tell you that the |
| 6 | pictures aren't good enough that they |
| 7 | took? |
| 8 | Believe me, believe me, folks, |
| 9 | imagine the scab forms and nothing |
| 10 | happens, no blood on the bra, no blood |
| 11 | on the sweater. |
| 12 | Miss Heatherly asked, "Well, did |
| 13 | you check every inch of the sweater?" |
| 14 | So if you don't check every inch of |
| 15 | the sweater it could be.  It's this |
| 16 | proof in American courtroom is it much |
| 17 | be there because we haven't found it |
| 18 | yet.  A joke, a joke.  There was no |
| 19 | blood.  There was no blood.  There is no |
| 20 | blood to support any of these theories. |
| 21 | We have had to waste so much time or |
| 22 | not because it shows that there is no |
| 23 | value, real corroboration for what she |
| 24 | said. |
| 25 | Screams.  Between three and 4:00  in |